UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY BARNETT,

                Plaintiff,

    v.

CARL BEATTY, *et al*.,

                Defendants.

Case No.  C10-650-RSL-BAT

**REPORT AND RECOMMENDATION**

        On April 15, 2010, plaintiff Gary Barnett presented to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 together with an application to proceed with this action *in forma pauperis*.  (*See* Dkt. No. 1.)  At the time he filed this action, plaintiff was in the custody of the Washington Department of Corrections.  Plaintiff alleged in his complaint that his rights under the Fourth, Eighth, and Fourteenth Amendments to the United States Constitution were violated during the course of a search of his person which was conducted at the Washington State Reformatory in September 2008.  (*See id*. and Dkt. No. 7.)

        On May 17, 2010, plaintiff's application for leave to proceed *in forma pauperis* was granted and his complaint was filed.  (*See* Dkt. Nos. 6 and 7.)  On the same date, this Court issued an Order declining to serve plaintiff's complaint, and granting him leave to amend,

REPORT AND RECOMMENDATION
PAGE - 1

because plaintiff had failed to adequately allege a cause of action against several of the named defendants.  (*See* Dkt. No. 8.)  Plaintiff filed an amended complaint on June 7, 2010, and that complaint was subsequently ordered served on four named defendants:  Carl Beatty, Shermon Fultz, Paula Chandler and Therese Hutchins.  (*See* Dkt. Nos. 12 and 15.)

On October 29, 2010, defendants filed a motion for summary judgment which was noted on the Court's calendar for consideration on November 26, 2010.  (Dkt. No. 32.)  Plaintiff filed no response to that motion and, on November 24, 2010, defendants filed a reply brief in which they advised the Court that the copy of their motion sent to plaintiff at his address of record was returned as undeliverable.  (Dkt. No. 37.)   The Court thereafter issued an Order directing plaintiff to advise the Court whether he intended to proceed with this action.  (Dkt. No. 39.)  A copy of that Order was mailed to plaintiff at his address of record and was returned as undeliverable on February 15, 2011.  (Dkt. No. 40.)  To date, plaintiff has not provided the court with a new address.

Because over sixty days have passed since mail directed to plaintiff at his address of record was returned by the post office, and because plaintiff has not notified the Court of his current address, this action should be dismissed, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).  A proposed order accompanies this Report and Recommendation.

DATED this 18th day of April, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2