UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY BARNETT,<br><br>                            Plaintiff,<br><br>     v.<br><br>CARL BEATTY, *et al*.,<br><br>                            Defendants. | Case No. C10-650RSL<br><br><br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3) The Clerk is directed to send copies of this Order to plaintiff at his last known address, to counsel for defendants, and to Judge Tsuchida.

DATED this 11th day of May, 2011.

*[signature]*
ROBERT S. LASNIK
Chief United States District Judge

ORDER OF DISMISSAL